UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| SHAHEAN JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:04CV653 HEA |
| | ) | |
| DAVE DORMIRE and JEREMIAH W. | ) | |
| "JAY" NIXON, | ) | |
| | ) | |
| Respondents, | ) | |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same

date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

Petition of Shahean Jones for Writ of Habeas Corpus is denied.

Dated this 22nd day of August, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE